In the Matter of ALANE M. KRIPFGANS, Appellant, v RICHARD KRIPFGANS, Respondent. [996 NYS2d 921]—

Appeal from an order of the Family Court, Queens County (Dennis Lebwohl, J.), dated May 30, 2013. The order, insofar as appealed from, granted, without a hearing, the father's motion to dismiss the mother's petition to modify the custody and visitation provisions of a stipulation of settlement entered into by the parties.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

Since the subject child is now over 18 years of age, she is no longer subject to the order appealed from (*see Matter of Pecchioni v Cusma*, 119 AD3d 589, 590 [2014]; *Matter of Cahill v Zakian*, 71 AD3d 765, 765 [2010]; *Matter of Merando v Vantassel*, 66 AD3d 783, 784 [2009]; *Belsky v Belsky*, 172 AD2d 576, 576 [1991]; *see also Matter of Fortunato v Murray*, 91 AD3d 947,

948 [2012]). Accordingly, the appeal must be dismissed as academic. Dillon, J.P., Dickerson, Austin and Cohen, JJ., concur.